# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18-cr-698-02 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH GRAZIANI, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's report and recommendation that the Court ACCEPT Defendant Joseph Graziani's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 48.)

On November 15, 2018, the government filed an indictment against defendant. (Doc. No. 1.) On April 16, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 46.)

On April 18, 2019, a hearing was held in which defendant entered a plea of guilty to count 1 of the indictment, charging him with Posession of a Short Barrel Shotgun, in violation of 26 U.S.C. Section 5861(d). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 48.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 in violation of 26 U.S.C. Section 5861(d) and 18 U.S.C. Section 2. The sentencing will be held on July 26, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: May 22, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**